ACCEPTED
05-17-00289-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 12:12 PM
LISA MATZ
CLERK

No. 05-17-00289-CR

| | | |
|---|---|---|
| LEONARD MORNES | § | IN THE FIFTH DISTRICT |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AT DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
05/21/2018 12:12:56 PM
LISA MATZ
Clerk

<u>MOTION TO ACCEPT REPLY BRIEF TENDERED</u>

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Leonard Mornes, Appellant in the above entitled and numbered cause, through appointed counsel on appeal, and moves this Court to accept Appellant's Reply Brief tendered on May 17, 2018.

**I.**

Appellant filed his Brief for Appellant on January 11, 2018.  The State filed its State's Brief on April 4, 2018. Appellant's Reply Brief was due April 25, 2018. Appellant was not able to file his Reply Brief until May 17, 2018, due to conflicting obligations of counsel including 46-page Brief for Appellant in *Anthony Chiplin v. State*, Appeal No. 05-17-01052-CR, an appeal from a jury conviction with four points of error on a record that was approximately 925 pages, filed on May 4, 2018; 24-page Brief for Appellant in *Tevin Ahere v. State*, Appeal No. 05-17-00737-CR, with six points of error, filed on May 11, 2018; and Reply Brief in *Leonard Mornes v. State*, Appeal No. 05-17-00289-CR, with four points of error.

## II.

The case is set for submission on May 30, 2018. Appellant and the State have conferred regarding oral argument. Accordingly, Appellant has tendered this Reply Brief, and will file a waiver contemporaneously with this motion.

## III.

The undersigned attorney respectfully request for this Court to grant Appellant an extension of 22 days to file the Brief for Appellant, which the State does not oppose under the circumstances detailed above.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court will accept Appellant's Replhy Brief and consider it timely filed.

Respectfully submitted,

/s/ Christian T. Souza
Christian T. Souza
Assistant Public Defender
State Bar No. 00785414 133 N. Riverfront Blvd.
Dallas, TX 75207
Tel. 214-653-3650
(214) 653-3539 (fax)
Christian.souza@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by electronic service or by e-Mail to dcdaappeals@dallascounty.org.

/s/ Christian T. Souza
Christian T. Souza